**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-7962**

PHILLIP PAUL GOODYEAR,

Plaintiff - Appellant,

versus

WILLIAM  D. CATOE, Director of South Carolina
Department  of  Corrections;  RICKY  HARRISON,
Warden of Kershaw Correctional Institution;
STANLEY BURTT, Associate Warden of Kershaw
Correctional  Institution;  BRENDA  SCOTT,
Caseworker  at  Kershaw  Correctional
Institution;  ROBERT  MILLER,  Lieutenant  at
Kershaw Correctional Institution,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Henry M. Herlong, Jr., District
Judge.  (CA-01-20-BD)

Submitted:  February 14, 2002      Decided:  April 17, 2002

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Phillip Paul Goodyear, Appellant Pro Se.  Terry B. Millar, TERRY B.
MILLAR, L.L.C., Rock Hill, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Phillip Paul Goodyear appeals the district court's judgment dismissing his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court order and find no error. Accordingly, we affirm on the reasoning of the district court. See Goodyear v. Catoe, CA-01-20-BD (D.S.C. filed Oct. 19, 2001; entered Oct. 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED